# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Docket Number: CR 06-00570 DLJ |
| | ) |
| Marcos Antonio Guillen-Quintana | ) |

---

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 2nd day of March, 2007, be continued until the 16th day of ~~January,~~ MARCH 2007, at 10:00 a.m.

Date: Jn 3, 2007

_____
**D. LOWELL JENSEN**
**SENIOR UNITED STATES DISTRICT JUDGE**