BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant GUILLEN-QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00570-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES; ORDER |
| v. | ) | CONTINUING DATES |
| | ) | |
| MARCOS ANTONIO GUILLEN-QUINTANA | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of March 16, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for April 6, 2007 at 10:00 a.m.

The reason for this request is that the parties and the probation department continue to work on sentencing issues in this case. Defense counsel needs additional time to respond to and investigate criminal history allegations in the draft PSR.

1 | The Probation Officer has been contacted and she concurs in this request.

2

3 | DATED: 3/14/07                               /S/

4 | _____

5 | KIM BRIGGS
Assistant United States Attorney

6

7 | DATED: 3/14/07

8 | /S/
_____

9 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender

10

11

12 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a " conformed" signature (/S/) within this e-filed document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1 | UNITED STATES OF AMERICA VS. MARCOS ANTONIO GUILLEN-QUINTANA

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS FURTHER ORDERED that the SENTENCING HEARING date of March 16, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for April 6, 2007 at 10:00 a.m.

DATED:

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE